UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROHAN KERR, et al.,

                         Plaintiffs,

     -against-

CITY OF NEW YORK,

                         Defendant.

------------------------------------------------------------X

23-CV-04492 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On March 18, 2024, the parties consented to my jurisdiction. The parties are directed to submit their settlement agreement by April 19, 2024, for the Court's review.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    March 19, 2024
                 New York, New York