USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROHAN KERR, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------X

23-CV-04492 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    Having reviewed the proposed settlement, the Court determines that it is fair and reasonable pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 16, 2024
                New York, New York